

**HALSTED** FINANCIAL SERVICES

PO BOX 828 Skokie, IL 60076
Tel: (855) 520-7028  Web: www.halstedfinancial.com
Hours of Operation (CST): Mon-Fri 7am - 8pm & Sat 8am - 5pm



**30% off** your balance!

Visit us at: info.halstedfinancial.com



01/18/2021

Dear Fairry Bonner,

Your account has been placed by LVNV Funding LLC with our agency for collections. You do have options!

**For the biggest savings** we are offering a compromise of $1,953.31 to resolve this debt. That's a savings of $837.14!

**We Understand** that not everyone is ready to make a big payment, that's why we also offer simple payment plans for as low as $50-$100 per month. Check out additional options available to you at info.halstedfinancial.com.

**This office is not obligated to renew these offers after 03/03/2021.** Have questions? Call us at (855) 520-7028.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request from this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different than the current creditor.

**Our Reference Number:** [redacted]
**Original Creditor Account Number:** XXXXXXXXXXXX4308
**Current Creditor Account Number:** [redacted]
**Total Balance Due:** $2,790.45

**Original Creditor:** Credit One Bank, N.A.
**Current Creditor To Whom Debt Is Owed:** LVNV Funding LLC

*All payments and correspondence must be mailed to PO BOX 828 Skokie, IL 60076. Please see the following pages for additional notices*

---

PO BOX 702070
PLYMOUTH MI 48170-0975
ELECTRONIC SERVICE REQUESTED

Our Reference Number: [redacted]
Balance Due: $2,790.45
Discount Offer: $1,953.31

FAIRRY BONNER

MAKE CHECKS PAYABLE AND SEND TO:

HALSTED FINANCIAL SERVICES, LLC
PO BOX 828
SKOKIE IL 60076-0828

## PRIVACY NOTICE

This Privacy Notice is being provided on behalf of each of the following related companies (collectively, the "Resurgent Companies"). It describes the general policy of the Resurgent Companies regarding the personal information of customers and former customers.

Resurgent Capital Services L.P
LVNV Funding, LLC
Ashley Funding Services LLC
Resurgent Acquisitions LLC
PYOD LLC
SFG REO, LLC
Resurgent Receivables LLC
Pinnacle Credit Services, LLC
CACV of Colorado, LLC
Resurgent Funding LLC
Sherman Originator LLC
Anson Street LLC
CACH, LLC
Sherman Originator III LLC
Sherman Acquisition L.L.C.

**Information We May Collect.** The Resurgent Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.** At the Resurgent Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform certain services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates** From time to time, the Resurgent Companies may share collected information about customers and former customers with each other in connection with administering and collecting accounts to the extent permitted under the Fair Debt Collection Practices Act or applicable state law.

**Sharing Collected Information with Third Parties** The Resurgent Companies do not share collected information about customers or former customers with third parties, except as permitted in connection with administering and collecting accounts under the Fair Debt Collections Practices Act and applicable state law.




**HALSTED** FINANCIAL SERVICES

PO BOX 828 Skokie, IL 60076
Tel: (855) 520-7028  Web: www.halstedfinancial.com
Hours of Operation (CST): Mon-Fri 7am - 8pm & Sat 8am - 5pm

**30% off** your balance!

Visit us at: info.halstedfinancial.com



01/18/2021

Dear Fairry Bonner,

Your account has been placed by LVNV Funding LLC with our agency for collections. You do have options!

**For the biggest savings** we are offering a compromise of $1,953.31 to resolve this debt. That's a savings of $837.14!

**We Understand** that not everyone is ready to make a big payment, that's why we also offer simple payment plans for as low as $50-$100 per month. Check out additional options available to you at info.halstedfinancial.com.

**This office is not obligated to renew these offers after 03/03/2021.** Have questions? Call us at (855) 520-7028.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request from this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different than the current creditor.

**Our Reference Number:** 25451046
**Original Creditor Account Number:** XXXXXXXXXXXX4308
**Current Creditor Account Number:** 696904654
**Total Balance Due:** $2,790.45

**Original Creditor:** Credit One Bank, N.A.
**Current Creditor To Whom Debt Is Owed:** LVNV Funding LLC

All payments and correspondence must be mailed to PO BOX 828 Skokie, IL 60076. Please see the following pages for additional notices

---

PO BOX 702070
PLYMOUTH MI 48170-0975
ELECTRONIC SERVICE REQUESTED

Our Reference Number: 25451046
Balance Due: $2,790.45
Discount Offer: $1,953.31

MAKE CHECKS PAYABLE AND SEND TO:

0108320024012478525007093504404—000571DdYA9pAzAKQO
FAIRRY BONNER
7004 KENNEDY BLVD E APT 30D
WEST NEW YORK NJ 07093-5044



HALSTED FINANCIAL SERVICES, LLC
PO BOX 828
SKOKIE IL 60076-0828

PRIVACY NOTICE

This Privacy Notice is being provided on behalf of each of the following related companies (collectively, the "Resurgent Companies"). It describes the general policy of the Resurgent Companies regarding the personal information of customers and former customers.

Resurgent Capital Services L.P
LVNV Funding, LLC
Ashley Funding Services LLC
Resurgent Acquisitions LLC
PYOD LLC
SFG REO, LLC
Resurgent Receivables LLC
Pinnacle Credit Services, LLC
CACV of Colorado, LLC
Resurgent Funding LLC
Sherman Originator LLC
Anson Street LLC
CACH, LLC
Sherman Originator III LLC
Sherman Acquisition L.L.C.

**Information We May Collect.** The Resurgent Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.** At the Resurgent Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform certain services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates** From time to time, the Resurgent Companies may share collected information about customers and former customers with each other in connection with administering and collecting accounts to the extent permitted under the Fair Debt Collection Practices Act or applicable state law.

**Sharing Collected Information with Third Parties** The Resurgent Companies do not share collected information about customers or former customers with third parties, except as permitted in connection with administering and collecting accounts under the Fair Debt Collections Practices Act and applicable state law.